IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PENN - AIR & HYDRAULICS CORP.,       :
      Plaintiff                                        :
                                                       :
v.                                                          :      No. 15-cv-01422
                                                       :
                                                       :      (Judge Kane)
GEORGE LUTZ, et al.,                              :
      Defendants                                    :
                                                       :

**ORDER**

    **AND NOW**, this 24th day of July 2015, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for temporary restraining order and preliminary injunction is **GRANTED IN PART** as follows:

    1.    A temporary restraining order shall issue immediately;

    2.    Defendants are immediately required to surrender to Plaintiff all electronic devices, including hard drives, flash drives, mobile devices, laptop computers, desktop computers, that contain copies of any and all files and software belonging to Plaintiff, including without limitation the following devices:

        a.    JetFlash 8GB USB device;

        b.    Generic Mass Storage device;

        c.    WD MyPassport 0748 device;

        d.    WD MyPassport 0740 device;

        e.    Verbatim Store N Go device;

        f.    USB Flash Drive device;

    3.    Defendants are immediately required to surrender to Plaintiff any and all paper copies of Plaintiff's confidential information;

4. Defendants Lutz and Cardello are immediately required to surrender to Plaintiff a listing of all files contained on their respective Dropbox accounts;

5. Until such hearing before this Court and thereafter until further Order of the Court, Defendants are immediately enjoined and restrained from directly or indirectly whether alone or in concert with others, doing, aiding, or abetting the following:

    a. Further copying or use of any and all software, files, or documents that are property of Plaintiff;

    b. Using any and all software, files, or documents that they downloaded, copied, or took from Plaintiff for any purpose, or showing, giving, selling, or otherwise communicating any such files, software, or documents to any person or entity;

    c. Retaining or failing to return to Plaintiff any software, files, or documents belonging to Plaintiff in their possession, including those stored on electronic media, or destroying through deletion, overwriting, re-formatting, etc., any software files belonging to Plaintiff currently in their possession, custody, or control;

6. Defendants Lutz and Cardello are immediately enjoined and restrained, until a hearing before this Court and thereafter until further Order of the Court, from working at G3 and from directly or indirectly, whether alone or in concert with others, from soliciting, contacting or accepting business of any kind from any suppliers or customers of Plaintiff; and

7. Defendants Lutz and Cardello are immediately enjoined and restrained, until a hearing before this Court and thereafter until further Order of the Court, from directly or indirectly, whether alone or in concert with others, from soliciting employees of Plaintiff.

    S/ Yvette Kane  
    Yvette Kane, District Judge  
    United States District Court  
    Middle District of Pennsylvania